FILED
October 30, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. 2:08-mj-382 KJM
    Plaintiff, )
v. )   ORDER FOR RELEASE
) OF PERSON IN CUSTODY
Fernando Mesa, )
)
    Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Fernando Mesa  Case 2:08-mj-382 KJM  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of _____

    _X_  Unsecured bond in the amount of $50,000

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond secured by Real Property

    __  Corporate Surety Bail Bond

    _X_  (Other) Probation conditions/supervision; surrender passport; travel restrictions

Issued at  Sacramento, CA  on 10/30/08  at  2:38 p.m.

By  /s/ Kimberly J. Mueller
Kimberly J. Mueller,
United States Magistrate Judge